# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Keeshawn Eugene Scott

                **V.**                        **JUDGMENT IN A CIVIL CASE**

Larry Scribner, Bill Lockyer

                           **CASE NUMBER:**   07cv00492 J (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court adopts the Report & Recommendation and denies Petitioner's Petition for Writ of Habeas Corpus. Additionally, the Court denies Petitioner's request for an evidentiary hearing.

| January 10, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                            s/ A. Everill
                                            (By) Deputy Clerk

                                            ENTERED ON January 10, 2008